UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Tyrone Weeks,   )   Chapter 13 Bankruptcy
                )   Bankruptcy No. 11-58788
                )   HON: MARCI B. McIVOR
                )

_____/
KENNETH S. SEBREE (P65523)           David Wm. Ruskin (P46254)
Attorney For Debtor                  Chapter 13 Trustee
500 Griswold, Ste. 3420              26555 Evergreen Rd., Suite 1100
Detroit, MI 48226                    Southfield, MI 48076
(313) 963-9866                       (248) 352-7755
_____/

## ORDER IMPOSING AUTOMATIC STAY
## UPON DEBOTRS' CHAPTER 13 CASE

**IT IS HEREBY ORDERED** that as of July 21, 201 that the "Automatic Stay" injunction is hereby imposed upon Debtor's instant Chapter 13 case.

Signed on August 04, 2011

```
       /s/ Marci B. McIvor
       Marci B. McIvor
       United States Bankruptcy Judge
```